United States District Court
Southern District of Texas
**ENTERED**
June 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| NOELIA CASTILLO, | § § § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 3:21-cv-215 |
| | § | |
| KROGER TEXAS, LP, *ET AL.* | § § | |
| | § | |
| *Defendants.* | § | |

## CLERK'S ENTRY OF DEFAULT

It appears upon the representation of the plaintiff and from the record that the following defendants failed to plead or otherwise defend in this case as required by law:

(1) Silvestri Investments Incorporated; and
(2) Highland Square Limited.

Therefore, default is entered against the defendants as authorized by Federal Rule of Civil Procedure 55.

Nathan Ochsner
Clerk of the District Court

DATED: June 7, 2022

George Cardenas
Deputy Clerk