IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| NOELIA CASTILLO | § | |
| | § | |
| v. | § | CASE NO. 3:21-cv-215 |
| | § | **JURY** |
| KROGER TEXAS, LP | § | |

## STIPULATION TO EXTEND THE DESIGNATION OF EXPERT WITNESSES

Defendant Kroger Texas L.P. (incorrectly identified as "Kroger Texas, LP") through its counsel of record, Adraon D. Greene and Whitney T. Joseph of Galloway, Johnson, Tompkins, Burr & Smith, and Plaintiff Noelia Castillo, by and through her counsel of record, Jeff Todd of The Todd Law Group, PLLC, (collectively "the Parties"), hereby stipulate to an extension of time for Defendant to file its Designation of Expert Witnesses.  Specifically, the Parties stipulate that Defendant's Designation of Expert Witnesses will be due thirty (30) days after the parties mediate the case if mediation is unsuccessful.

Respectfully submitted by,

*/s/ Whitney T. Joseph*
Adraon D. Greene
  Attorney-in-Charge
  State Bar No. 24014533
  Federal Bar No. 25029
  agreene@gallowaylawfirm.com
Whitney T. Joseph
  Federal Bar No. 3708325
  State Bar No. 24118429
  wjoseph@gallowaylawfirm.com

**OF COUNSEL:**

GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas 77010
(713) 599-0700 – Phone
(713) 599-0777 – Fax
**ATTORNEYS FOR DEFENDANTS**

The Todd Law Group, PLLC

*/s/ Jeff Todd  (with permission)*
Jeff Todd
Federal Bar No. 00034877
State Bar No. 24028048
jeff@jefftoddlaw.com
12929 Gulf Freeway, Suite 301
Houston, Texas 77034
Phone:  (832) 243-4953
Fax:  (713) 583-7818
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2022, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.  I also certify that I have forwarded this filing by regular U.S. Mail, postage pre-paid, this same day to all non-CM/ECF participants.

*Via E-Service: jeff@jefftoddlaw.com*
Jeff Todd
The Todd Law Group, PLLC
12929 Gulf Freeway, Suite 301
Houston, Texas 77034
Phone:  (832) 243-4953
Fax:  (713) 583-7818
**ATTORNEY FOR PLAINTIFF**

*/s/ Whitney T. Joseph*
Adraon D. Greene
Whitney T. Joseph